IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |
|---|---|
| HUMBERTO SALINAS,           )<br>                             )<br>        Plaintiff,           )<br>                             )<br> v.                          )   Civil Action No.  05-1291<br>                             )<br> RANDOLPH, BOYD, CHERRY & VAUGHAN,  )<br>                             )<br>        Defendant.           )<br> | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED, and this case is DISMISSED.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 21, 2006